*Randal S. Mashburn*
U.S. Bankruptcy Judge
Dated: 3/1/2017



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-01300 |
| | ) | |
| DART MUSIC, INC, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | Judge Randal S. Mashburn |

**ORDER SETTING HEARINGS ON EXPEDITED MOTIONS**

The Debtor filed several motions contemporaneously with the filing of the bankruptcy petition seeking expedited relief. At docket entry number 8, a motion has been filed to pay prepetition wages, benefits and taxes and to maintain a benefits program ("Employee Motion"). At docket entry number 9, a motion has been filed seeking approval to maintain pre-petition accounts ("Bank Account Motion"). At docket entry number 11, a motion has been filed seeking approval to pay a creditor the Debtor asserts is a critical vendor ("Critical Vendor Motion"). At docket number 12, a motion has been filed to extend the time for filing the bankruptcy statements and schedules ("Extension Motion"). The Debtor has also filed, at docket entry number 10, a motion seeking an expedited hearing on those four matters. The day following the filing of the petition, the Debtor filed another motion, at docket entry number 14, seeking approval of post-petition financing ("Financing Motion").

The Debtor did not use the proper docketing procedures for these motions to be treated as expedited. (Merely adding the word "expedited" or "emergency" to the title of the motion does not have the same effect as using the proper docketing event that initiates an expedited process for having the matter brought to the prompt

attention of the Court.) The Debtor also failed in several respects to comply with the local rule addressing expedited motions, LBR 9075-1. However, in light of the nature of the motions and the potential impact from any delay in a ruling on these matters, the Court will set these motions for hearing on an expedited basis as requested.

Accordingly, it is ordered that the Employee Motion, Bank Account Motion, Critical Vendor Motion, Extension Motion, and Financing Motion will be heard at 11:00 a.m. on Wednesday, March 8, 2017, in Courtroom One[1], Customs House, 701 Broadway, Nashville, TN. Counsel for the Debtor shall, within one business day of entry of this order, serve a copy of this order (and, to the extent not previously served, a copy of the underlying motions) on all creditors and parties in interest and their attorneys, if known. To the extent reasonably possible, in addition to regular service by mail, the Debtor shall serve the documents by hand-delivery, e-mail, overnight delivery, or facsimile transmission.

IT IS SO ORDERED.

---

[1] The regular Chapter 13 motion docket is set for 8:30 a.m. in Courtroom One on March 8, 2017. If that docket is not finished by 11:00 a.m., these matters may be moved to a different courtroom.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.